SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>  Plaintiff,<br><br>V.<br><br>BON AIR ASSOCIATES, A CALIFORNIA LIMITED PARTNERSHIP; MARIN APOTHECARIES, dba ROSS VALLEY PHARMACY; and DOES 1-25, Inclusive,<br><br>  Defendants.<br>_____ / | CASE NO. C 08-00151 BZ<br><u>Civil Rights</u><br><br><br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. 636 (c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 1/10/08                                  SIDNEY J. COHEN
                                                PROFESSIONAL CORPORATION

                                                        /s/ Sidney J. Cohen
                                                By _____
                                                   Sidney J. Cohen
                                                   Attorney for Plaintiff