1 <u>CERTIFICATE OF SERVICE</u>

2    I declare that I am over the age of 18 and am not a party to this action. I am employed in the County of Marin, California. My business address is: Law Offices of John H. Feldmann, III; P.O. Box 150329; San Rafael, CA 94915.

    On the date below, I served RICHARD SKAFF and BON AIR ASSOCIATES a copy of MARIN APOTHECARIES, INC.'S ANSWER TO COMPLAINT. The answer was served by mail on:

| Sidney J. Cohen | Robert C. Ward |
|---|---|
| 427 Grand Avenue | Shartsis Friese LLP |
| Oakland, CA 94610 | 1 Maritime Plaza, 18th Fl. |
|  | San Francisco, CA 94111 |

    I placed the answer in the mail with prepaid postage on envelopes, one addressed to Cohen and the other to Ward.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in San Rafael, California, on February 11, 2008.

_____
John H. Feldmann III