1  JOHN H. FELDMANN III (State Bar No. 61096)
   LAW OFFICES OF JOHN H. FELDMANN III
2  211 Forbes Ave.
   P.O. BOX 150329
3  SAN RAFAEL, CA 94915
   Telephone: (415) 453-8249
4  Facsimile: (415) 453-5872

5  Attorney for Defendant
   MARIN APOTHECARIES, INC.
6  dba ROSS VALLEY PHARMACY

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
10  RICHARD SKAFF                              )   Case No. C08-001514395 BZ
                                               )
11         Plaintiff,                          )   **MARIN APOTHECARIES, INC.'s**
                                               )   **CERTIFICATION OF INTERESTED**
12     vs.                                     )   **ENTITIES OR PERSONS PURSUANT**
                                               )   **TO NORTHERN DISTRICT LOCAL**
13  BON AIR ASSOCIATES, A CALIFORNIA           )   **RULE 3-16**
    LIMITED PARTNERSHIP; MARIN                 )
14  APOTHECARIES, dba ROSS VALLEY              )
    PHARMACY, and DOES 1-25, Inclusive,        )
15         Defendants.                         )
                                               )

16

17         Pursuant to Civil L.R. 3-16, I certify that the following listed persons, associations of

18  persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have

19  a financial interest in the subject matter in controversy or in a party that could be substantially

20  affected by the outcome of this proceeding:

21         Paul W. Lofholm, President, and Rebecca E. Lofholm, Secretary, each own 50 percent of

22  the stock of Marin Apothecaries, Inc, dba Ross Valley Pharmacy, which is an "S" corporation.

23  DATED: February 11, 2008

24  LAW OFFICES OF JOHN H. FELDMANN III

25

26  By:  /s/
         John H. Feldmann III
27
    Attorney for Defendant
28
    MARIN APOTHECARIES, INC.'s                      Case No. C08-00151 BZ
    CERTIFICATION OF INTERESTED
    ENTITIES OR PERSONS

1  MARIN APOTHECARIES, INC.
   dba ROSS VALLEY PHARMACY
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MARIN APOTHECARIES, INC.'s                                    Case No. C08-00151 BZ        2
ANSWER TO COMPLAINT