1  JOHN H. FELDMANN III (State Bar No. 61096)
   LAW OFFICES OF JOHN H. FELDMANN III
2  211 Forbes Ave.
   P.O. BOX 150329
3  SAN RAFAEL, CA 94915
   Telephone:  (415) 453-8249
4  Facsimile:   (415) 453-5872

5  Attorney for Defendant
   MARIN APOTHECARIES, INC.
6  dba ROSS VALLEY PHARMACY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF ) | Case No. C08-001514395 BZ |
| ) | |
| Plaintiff, ) | **MARIN APOTHECARIES, INC.'s** |
| ) | **CORPORATE DISCLOSURE** |
| vs. ) | **STATEMENT** |
| ) | |
| BON AIR ASSOCIATES, A CALIFORNIA ) | |
| LIMITED PARTNERSHIP; MARIN ) | |
| APOTHECARIES, dba ROSS VALLEY ) | |
| PHARMACY, and DOES 1-25, Inclusive, ) | |
| Defendants. ) | |
| _____) | |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Marin Apothecaries, Inc, dba Ross Valley Pharmacy, ("Pharmacy") makes the following corporate disclosures:

1. The Pharmacy is an "S" corporation.
2. Paul W. Lofholm is the President, and Rebecca E. Lofholm is the Secretary. They each hold 50 percent of the stock.

DATED:  February 11, 2008

LAW OFFICES OF JOHN H. FELDMANN III

By:  ___/s/_____
        John H. Feldmann III

Attorney for Defendant
MARIN APOTHECARIES, INC.
dba ROSS VALLEY PHARMACY

MARIN APOTHECARIES, INC.'s                    Case No. C08-00151 BZ
CORPORATE DISCLOSURE
STATEMENT