1  JOHN H. FELDMANN III (State Bar No. 61096)
   LAW OFFICES OF JOHN H. FELDMANN III
2  211 Forbes Ave.
   P.O. BOX 150329
3  SAN RAFAEL, CA 94915
   Telephone:  (415) 453-8249
4  Facsimile:   (415) 453-5872

5  Attorney for Defendant
   MARIN APOTHECARIES, INC.
6  dba ROSS VALLEY PHARMACY

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
10  RICHARD SKAFF                              )   Case No. C08-001514395 BZ
                                               )
11         Plaintiff,                          )   **MARIN APOTHECARIES, INC.'s**
                                               )   **CONSENT TO PROCEED BEFORE A**
12     vs.                                     )   **UNITED STATES MAGISTRATE**
                                               )   **JUDGE**
13  BON AIR ASSOCIATES, A CALIFORNIA           )
    LIMITED PARTNERSHIP; MARIN                 )
14  APOTHECARIES, dba ROSS VALLEY              )
    PHARMACY, and DOES 1-25, Inclusive,        )
15         Defendants.                         )
                                               )

16

17        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

18        In accordance with the provisions of Title 28, U.S.C. Section 636(a), Marin Apothecaries,

19  Inc, dba Ross Valley Pharmacy, voluntarily consents to have a United States Magistrate Judge

20  conduct any and all further proceedings in this case, including trial, and order the entry of a final

21  judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals

    for the Ninth Circuit.

22   DATED:  February 11, 2008

23
    LAW OFFICES OF JOHN H. FELDMANN III
24

25  By:    /s/
             John H. Feldmann III
26
    Attorney for Defendant
27  MARIN APOTHECARIES, INC.
    dba ROSS VALLEY PHARMACY
28
    MARIN APOTHECARIES, INC.'s            Case No. C08-00151 BZ
    CONSENT TO PROCEED BEFORE A
    MAGISTRATE JUDGE