SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
rward@sflaw.com
ERICK C. HOWARD (Bar #214107)
ehoward@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922

Attorneys for Defendant
BON AIR ASSOCIATES, a California Limited Partnership

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD SKAFF,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BON AIR ASSOCIATES, a California Limited Partnership; MARIN APOTHECARIES, dba Ross Valley Pharmacy; and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No.  C 08-00151 BZ<br><br>**CERTIFICATION OF INTERESTED PARTIES** |

　　　　Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for defendant Bon Air Associates, certifies that as of this date, other than the named parties, there is no interest to report.

DATED:　　　February 25, 2008　　　　　　　SHARTSIS FRIESE LLP


　　　　　　　　　　　　　　　　　　　　　　By: */s/ Robert Charles Ward*
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT CHARLES WARD

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　BON AIR ASSOCIATES, A CALIFORNIA
　　　　　　　　　　　　　　　　　　　　　　LIMITED PARTNERSHIP

0498\005C\JING\1494438.1

- 1 -

Case No. C 08-00151 BZ　　　CERTIFICATION OF INTERESTED PARTIES