SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
rward@sflaw.com
ERICK C. HOWARD (Bar #214107)
ehoward@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922

Attorneys for Defendant
BON AIR ASSOCIATES, a California Limited Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD SKAFF,<br><br>                Plaintiff,<br><br>v.<br><br>BON AIR ASSOCIATES, a California Limited Partnership; MARIN APOTHECARIES, dba Ross Valley Pharmacy; and DOES 1-25, inclusive,<br><br>                Defendants. | Case No.  C 08-00151 BZ<br><br>**STIPULATION TO EXTEND TIME FOR JOINT SITE INSPECTION AND [PROPOSED] ORDER THEREON**<br><br>Judge:       Mag. Judge Bernard Zimmerman |

- 1 -

1 | Plaintiff Richard Skaff and defendant Bon Air Associates, by and through their respective counsel hereby stipulate to an extension of the deadline for the joint site inspection to be conducted pursuant to Paragraph 3 of General Order No. 56 will be continued from April 18, 2008 to April 28, 2008.

DATED: April 18, 2008

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

By: */s/ Sidney J. Cohen*
      SIDNEY J. COHEN

Attorneys for Plaintiff
RICHARD SKAFF

DATED: April 18, 2008

LAW OFFICE OF JOHN H. FELDMANN, III

By: */s/ John H Feldmann,III*
      JOHN H. FELDMANN, III

Attorneys for Defendant
MARIN APOTHECARIES

DATED: April 18, 2008

SHARTSIS FRIESE LLP

By: */s/ Robert Charles Ward*
      ROBERT CHARLES WARD

Attorneys for Defendant
BON AIR ASSOCIATES

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.

DATED: April _____, 2008

      BERNARD ZIMMERMAN
      United States Magistrate Judge

I hereby attest, pursuant to General Order 45, Section X.B., that I have on file all holograph signatures for any signatures indicated by a conformed signature (/s/) within this electronically filed document.

*/s/ Robert Charles Ward*
ROBERT CHARLES WARD

0498\005C\JING\1503403.1

- 2 -

Case No. C 08-00151 BZ | STIPULATION TO EXTEND TIME FOR JOINT SITE INSPECTION AND [PROPOSED] ORDER THEREON

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111