SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
rward@sflaw.com
ERICK C. HOWARD (Bar #214107)
ehoward@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922

Attorneys for Defendant
BON AIR ASSOCIATES, a California Limited Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD SKAFF,<br><br>            Plaintiff,<br><br>v.<br><br>BON AIR ASSOCIATES, a California Limited Partnership; MARIN APOTHECARIES, dba Ross Valley Pharmacy; and DOES 1-25, inclusive,<br><br>            Defendants. | Case No.  C 08-00151 BZ<br><br>**DECLARATION OF ROBERT CHARLES WARD IN SUPPORT OF STIPULATION TO EXTEND JOINT SITE INSPECTION**<br><br>Judge:      Mag. Judge Bernard Zimmerman |

I, ROBERT CHARLES WARD, declare as follows:

1.     I am an attorney admitted to practice before all courts of the State of California.  I am a member of the firm of Shartsis Friese LLP, counsel of record for Defendant Bon Air Associates ("Defendant") in the above-referenced action.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto under oath.

2.     A number of factors prevented the parties from conducting the joint site inspection within the time limit specified by General Order No. 56.  First, the parties have already conducted a joint meeting at the site, for settlement purposes, between their respective consultants.  As a result of the meeting that has already occurred, the parties have narrowed the issues considerably.

3. I spent the month of March and Much of April preparing for and being in trial, which cause the case not to move forward as expeditiously as both sides would have preferred.

4. Finally, defendant Bon Air's consultant, Kim Blackseeth, was not available on April 18, 2008, the last date per General Order No. 56, for the inspection. Mr. Blackseeth's next date of availability is April 28. The parties have agreed to conduct the joint site inspection on that date.

5. No other request for extension of the joint site stipulation have been made by the parties to this action.

6. The parties request a 14 day extension for the extension required under paragraph 3 of General Order No. 56.

7. The requested extension would have delay the schedule for this case only slight, for two weeks

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 18, 2008, at San Francisco, California.

              */s/ Robert Charles Ward*
              ROBERT CHARLES WARD

0498\005C\JING\1503962.1

---

- 2 -

Case No. C 08-00151 BZ | DECLARATION OF ROBERT CHARLES WARD IN SUPPORT OF STIPULATION TO EXTEND JOINT SITE INSPECTION