SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>    Plaintiff,<br><br>V.<br><br>BON AIR ASSOCIATES, A CALIFORNIA LIMITED PARTNERSHIP; MARIN APOTHECARIES, dba ROSS VALLEY PHARMACY; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C 08-00151 BZ<br><u>Civil Rights</u><br><br><br><br>**NOTICE OF NEED FOR MEDIATION (ADA ACCESS CASES)** |

    Plaintiff reports that the joint site inspection occurred on April 28, 2008. Although 45 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Dated: June 13, 2008                  SIDNEY J. COHEN
                                              PROFESSIONAL CORPORATION

                                                     /s/ Sidney J. Cohen
                                             By _____
                                                  Sidney J. Cohen
                                                  Attorney for Plaintiff