# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Skaff,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Bon Air Associates,<br><br>　　　　　Defendant(s). | 08-00151 BZ MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Howard A. Herman**
US District Court - ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
415-522-2027
Howard_Herman@cand.uscourts.gov

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: June 27, 2008

>RICHARD W. WIEKING
>Clerk
>by:    Claudia M. Forehand
>
>_____
>ADR Case Administrator
>415-522-2059
>Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-00151 BZ MED                         - 2 -