1 | SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
2 | rward@sflaw.com
ERICK C. HOWARD (Bar #214107)
3 | ehoward@sflaw.com
One Maritime Plaza, Eighteenth Floor
4 | San Francisco, CA  94111
Telephone:  (415) 421-6500
5 | Facsimile:  (415) 421-2922

6 | Attorneys for Defendant
BON AIR ASSOCIATES, a California Limited
7 | Partnership

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD SKAFF,<br><br>           Plaintiff,<br><br>v.<br><br>BON AIR ASSOCIATES, a California Limited Partnership; MARIN APOTHECARIES, dba Ross Valley Pharmacy; and DOES 1-25, inclusive,<br><br>           Defendants. | Case No.  C 08-00151 BZ<br><br>**SUBSTITUTION OF COUNSEL**<br><br>Trial Date:   Not Set<br>Complaint Filed:   January 9, 2008 |

- 1 -

Case No.
C 08-00151 BZ

SUBSTITUTION OF COUNSEL

**TO THE ABOVE-REFERENCED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Bon Air Associates hereby substitutes VOGL & MEREDITH LLP, 456 Montgomery St., 20th Floor, San Francisco, CA 94104, telephone number (415) 398-0200, facsimile number (415) 398-2820, as its counsel of record in place of Shartsis Friese LLP.

We consent to the above substitution.

DATED:   July 9, 2008            VOGL & MEREDITH LLP

By: */s/ Michael S. Burke*
          MICHAEL S. BURKE

Attorneys for Defendant
BON AIR ASSOCIATES, A CALIFORNIA
LIMITED PARTNERSHIP

The above substitution is accepted.

DATED:   July 9, 2008            SHARTSIS FRIESE LLP

By: */s/ Robert Charles Ward*
          ROBERT CHARLES WARD

I hereby attest, pursuant to General Order 45, Section X.B, that concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (*/s/*) within this electronically filed document.

*/s/ Robert Charles Ward*
          ROBERT CHARLES WARD

0498\005C\1519325.1