# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Skaff, | No. C 08-00151 BZ MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Bon Air Associates, | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _August 11, 2008_

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: _August 11, 2008_                           _/s/ Howard H._

Mediator, Howard A. Herman
US District Court - ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**Certification of ADR Session**
08-00151 BZ MED