1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   RICHANT SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF<br><br>    Plaintiff,<br><br>V.<br><br>BON AIR ASSOCIATES, A CALIFORNIA LIMITED PARTNERSHIP; MARIN APOTHECARIES, dba ROSS VALLEY PHARMACY; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. C 08-00151 BZ<br>Civil Rights<br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>FRCP section 41 (a) (1) (ii) |

Plaintiff Richard Skaff and defendants Bon Air Associates, A California Limited Partnership and Marin Apothecaries, Inc., dba Ross Valley Pharmacy, by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41 (a) (1) (ii).

Plaintiff filed this lawsuit on January 9, 2008.

Plaintiff and defendants have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against all defendants. A copy of the "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. Plaintiff and defendants stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Plaintiff moves to dismiss with prejudice the lawsuit against defendants.

Stipulation And Order For Dismissal

Defendants, who have answered the Complaint, agree to the dismissal with prejudice.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and facsimile signatures shall be as valid and as binding as original signatures.

Wherefore, plaintiff and defendants, by and through their attorneys of record, so stipulate.

Date: 8/11/08

SIDNEY J. COHEN PROFESSIONAL CORPORATION
/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Plaintiff Richard Skaff

Date:  8/11/08

VOGL & MEREDITH LLP
/s/ Michael S. Burke

Michael S. Burke
Attorney for Defendant Bon Air Associates, A California Limited Partnership

Date: 8/11/08

LAW OFFICES OF JOHN H. FELDMAN III
/s/ John H. Feldman III

John H. Feldman III
Attorney for Defendant Marin Apothecaries, dba Ross Valley Pharmacy

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The lawsuit against defendants is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement."

Date:

Bernard Zimmerman
United States Magistrate Judge