SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF | CASE NO.  C 08-00151 BZ |
| Plaintiff, | <u>Civil Rights</u> |
| V. | |
| BON AIR ASSOCIATES, A CALIFORNIA LIMITED PARTNERSHIP; MARIN APOTHECARIES, dba ROSS VALLEY PHARMACY; and DOES 1-25, Inclusive, | **STIPULATION AND ORDER FOR DISMISSAL**<br><br>FRCP section 41 (a) (1) (ii) |
| Defendants. | |

_____/

Plaintiff Richard Skaff  and defendants Bon Air Associates, A California Limited

Partnership and Marin Apothecaries, Inc., dba Ross Valley Pharmacy, by and through their

attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil

Procedure section 41 (a) (1) (ii).

Plaintiff filed this lawsuit  on January 9, 2008.

Plaintiff  and defendants  have entered into a "Mutual Release And Settlement

Agreement" which settles all aspects of the lawsuit against all defendants. A copy of the

"Mutual Release And Settlement Agreement"   is incorporated by reference herein as if set forth

in full. Plaintiff  and defendants stipulate to the court retaining jurisdiction to enforce the

"Mutual Release And Settlement Agreement."

Plaintiff  moves to dismiss with prejudice the lawsuit against defendants.

1   Defendants, who have answered the Complaint, agree to the dismissal with prejudice.

2   This case is not a class action, and no receiver has been appointed.

3   This Stipulation and Order may be signed in counterparts, and facsimile signatures shall

4   be as valid and as binding as original signatures.

5   Wherefore, plaintiff and defendants, by and through their attorneys of record, so

6   stipulate.

7   Date: 8/11/08                    SIDNEY J. COHEN
                                     PROFESSIONAL CORPORATION
8                                    /s/ Sidney J. Cohen

9                                    _____
                                     Sidney J. Cohen
                                     Attorney for Plaintiff Richard Skaff
10

11  Date: 8/11/08                    VOGL & MEREDITH LLP
                                     /s/ Michael S. Burke
12  _____
                                     Michael S. Burke
13                                   Attorney for Defendant Bon Air Associates, A
                                     California Limited Partnership
14
15  Date: 8/11/08                    LAW OFFICES OF JOHN H. FELDMAN III
                                     /s/ John H. Feldman III
16  _____
                                     John H. Feldman III
17                                   Attorney for Defendant Marin Apothecaries,
                                     dba Ross Valley Pharmacy

18

19  PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

20  The lawsuit against defendants is dismissed with prejudice. The Court shall retain
    jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement."
    for 12 months
21

22  Date:  August 13, 2008           _____
                                     Bernard Zimmerman
23                                   United States Magistrate Judge

24

25  IT IS SO ORDERED

26  Judge Bernard Zimmerman

27

28

Stipulation And Order For Dismissal              -1-